# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

May 1, 2018

To:   Kenneth A. Wells
      UNITED STATES DISTRICT COURT
      Central District of Illinois
      Rock Island , IL 61201-0000

| No. 18-1150 | THOMAS POWERS,<br>Plaintiff - Appellant<br><br>v.<br><br>JACQUELINE WHITE,<br>Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 4:16-cv-04168-HAB<br>Central District of Illinois<br>District Judge Harold A. Baker ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:               Circuit Rule 3(b)

STATUS OF THE RECORD:            no record to be returned

**NOTE TO COUNSEL:**

If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                                    **Received by:**

5/1/2018                                                     s/T. CRONK

_____          _____

form name: **c7_Mandate**(form ID: **135**)

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

May 1, 2018

*By the Court:*

| No. 18-1150 | THOMAS POWERS,<br>Plaintiff - Appellant<br><br>v.<br><br>JACQUELINE WHITE,<br>Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 4:16-cv-04168-HAB<br>Central District of Illinois<br>District Judge Harold A. Baker ||

On March 21, 2018, the court ordered the appellant to pay the required $505 appellate filing fee by April 4, 2018, and warned that failure to pay would result in the dismissal of the appeal. The appellant has failed to pay the required filing fee. Accordingly,

**IT IS ORDERED** that this appeal is **DISMISSED** pursuant to Circuit Rule 3(b).

CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit